UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,                                                      CASE NO: 1:18-cv-08620-AT

      Plaintiff,

vs.

VARIETY CAFE INC., a New York corporation, d/b/a VARIETY COFFEE ROASTERS-CHELSEA, and 168-170 WEST 25 STREET LLC, a New York limited liability company,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, VARIETY CAFE INC., a New York corporation, d/b/a VARIETY COFFEE ROASTERS-CHELSEA, and 168-170 WEST 25 STREET LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement in principle has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request that all future events be canceled.

      Dated: This 30th day of November, 2018.

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Justin R. Marino |
| B. Bradley Weitz, Esq. | Justin R. Marino, Esq. |
| The Weitz Law Firm, P.A. | Stevenson Marino LLP |
| Bank of America Building | 75 Maiden Ln., Suite 402 |
| 18305 Biscayne Blvd., Suite 214 | New York, New York 10038 |
| Aventura, Florida 33160 | Telephone: (212) 939-7228 |
| Telephone: (305) 949-7777 | Facsimile: (212) 531-6129 |
| Facsimile: (305) 704-3877 | Email: jmarino@stevensonmarino.com |
| Email: bbw@weitzfirm.com | *Attorneys for Variety Cafe Inc.* |
| *Attorney for Plaintiff* | |